**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Light Way Transport, Inc. and<br>Manitoba Public Insurance, | ) | |
| | ) | |
| | ) | **ORDER FOR MID-DISCOVERY** |
| Plaintiffs, | ) | **STATUS CONFERENCE** |
| | ) | |
| v. | ) | |
| | ) | |
| Farden Construction, Inc. and<br>Konner Eklie, | ) | |
| | ) | |
| | ) | Case No. 1:26-cv-00103 |
| Defendants. | ) | |

**IT IS ORDERED**:

A mid-discovery status conference will be held on November 24, 2026, at 9:30 AM before the magistrate judge by telephone.  To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149.  The conference may be recorded for the convenience of the court.

Dated this 27th day of May, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court